No. 75–1397. JUIDICE ET AL., JUDGES v. VAIL ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 426 U. S. 946.] Motion of New York Consumer Protection Board for leave to file a brief as *amicus curiae* granted.

No. 76–156. VENDO CO. v. LEKTRO-VEND CORP. ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 815.] Motion of petitioner to accelerate briefing schedule and to advance oral argument denied.

No. 76–303. STAMATINOS v. MEHRTENS, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 76–260. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK v. CUNNINGHAM ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.

No. 76–15. CONTINENTAL T. V., INC., ET AL. v. GTE SYLVANIA, INC. C. A. 9th Cir. Certiorari granted.

No. 76–37. VORCHHEIMER v. SCHOOL DISTRICT OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari granted.

No. 75–6909. MANESS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–6933. BROWN v. OHIO. Ct. App. Ohio, Cuyahoga County. Motion for leave to proceed *in forma pauperis* and certiorari granted.